IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEWAYNE MICHAEL DRIVER,                                 PLAINTIFF
ADC #170876

V.                   CASE NO. 3:18-CV-188 KGB-BD

MIKE ALLEN, et al.                                                     DEFENDANTS

## ORDER

Dewayne Michael Driver, an Arkansas Department of Correction inmate formerly detained at the Crittenden County Detention Facility ("Detention Facility"), filed this civil lawsuit without the help of a lawyer under 42 U.S.C. § 1983. Mr. Driver alleges that Detention Facility staff members were deliberately indifferent to his serious medical needs. (Docket entry #2) For screening purposes, he has stated an eighth amendment claim against each of the named Defendants, and service is now proper.

The Clerk of Court is directed to prepare summonses for Defendants Allen, Coleman, and Childress. The United States Marshal is directed to serve copies of the Complaint, with any attachments (#2), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Crittenden County Detention Facility, 350 Afco Road, West Memphis, Arkansas 72301.

IT IS SO ORDERED, this 10th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE