# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEWAYNE MICHAEL DRIVER,**                                                                              **PLAINTIFF**
**ADC #170876**

**V.**                     **CASE NO. 3:18-CV-188 KGB-BD**

**MIKE ALLEN,** *et al.*                                                                             **DEFENDANTS**

## **ORDER**

Defendants have moved for summary judgment, contending that Mr. Driver failed to fully exhaust his administrative remedies before filing this lawsuit. (Docket entry #14) Mr. Driver now has an opportunity to file a response opposing the motion. To be considered, the response must be filed within 14 days of this Order.

In opposing the motion for summary judgment, Mr. Driver may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

Defendants' motion concerns only whether Mr. Driver fully exhausted the grievance process regarding his claims against Defendants before filing this lawsuit. Mr. Driver's response to this motion, therefore, should address only that issue—that is, whether he exhausted his administrative remedies against Defendants before filing suit and, if not, whether there was a valid reason why he did not.

IT IS SO ORDERED, this 8th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE