# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEWAYNE MICHAEL DRIVER, ADC #170876**　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**Case No. 3:18-cv-00188-KGB**

**MIKE ALLEN, Sheriff, Crittenden County, *et al.***　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court are the Partial Recommended Disposition and Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 10, 18). For the reasons that follow, the Court will adopt both recommendations.

### I. Partial Recommended Disposition

In her Partial Recommended Disposition, Judge Deere recommends that plaintiff Dewayne Michael Driver's claims against the Doe defendant—identified in Mr. Driver's complaint as "Nurse Maurney"—be dismissed without prejudice. No objections have been filed to the Partial Recommended Disposition, and the deadline for filing objections has since passed. After careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 10). The Court dismisses without prejudice Mr. Driver's claims against the Doe defendant.

### II. Recommended Disposition

In her Recommended Disposition, Judge Deere recommends that defendants Mike Allen, Ronnie Coleman, and Mandy Childress' ("Crittenden County Defendants") motion for summary judgment be granted and that Mr. Driver's claims against these defendants be dismissed without prejudice. Mr. Driver has filed an objection to Judge Deere's Recommended Disposition (Dkt.

No. 22). After careful consideration of the Recommended Disposition, Mr. Sims' objection, and a de novo review of the record, the Court finds no reason to alter or reject Judge Deere's recommendations.

The summary-judgment record establishes that Mr. Driver was detained at the Crittenden County Detention Center ("Detention Center") from February 1, 2018, through February 3, 2018, and again from July 12, 2018, through August 20, 2018 (Dkt. No. 15-1, ¶ 3). In his complaint, Mr. Driver alleges that, "[a]fter being housed in the Crittenden County Detention Facility[,] Michael Driver filed a medical grievance to one Ronnie Coleman about his emergency eye surgery on 7/17/18 and still the matter was neglected by the Detention Facility on this date" (Dkt. No. 2, at 4). Mr. Driver further alleges that "[h]e also exhausted his remedies of due process through the grievance procedure to Mike Allen, Ronnie Coleman, Mandy Childress, and Nurse Maurney" (*Id.*, at 5). However, the Crittenden County Defendants' statement of facts states that "Plaintiff Driver did not utilize the Crittenden County Detention Center Grievance Procedure regarding his eye condition, eye surgery, or any medical issue during July 2018" and that "Plaintiff Driver did not utilize the Crittenden County Detention Center Grievance Procedure regarding any issue at any time during his detention in 2018" (Dkt. No. 15, ¶¶ 6, 7). Because Mr. Driver did not file a statement of facts or otherwise respond to the motion for summary judgment, all material facts set forth in the Critten County Defendants' statements of facts are deemed admitted pursuant to this Court's Local Rule 56.1(c). Also, defendant Coleman, jail administrator for the Detention Center, avers that there is no record of Mr. Driver having filed a grievance during his 2018 detentions at the Detention Center (Dkt. No. 15-1, ¶ 4). The summary-judgment record, then, establishes that Mr. Driver did not file a grievance or otherwise utilize the Detention Center's Grievance Procedure while incarcerated at the Detention Center in 2018 (*Id*, ¶ 4). Therefore, Mr. Driver has failed to

exhaust his administrative remedies, and the Crittenden County Defendants are entitled to summary judgment in their favor as a matter of law on his deliberate-indifference claims.

Finally, in his objection, Mr. Driver states that "his eyesight has gotten to the point he has to rely upon the goodness of others to have his mail read to him" and "ask[s] that he be given legal assistance, as he suffers a hardship and is unable to persue [sic] his case without it" (Dkt. No. 22, at 1). The Court construes this request as a motion to appoint counsel. Although the Court is sympathetic to Mr. Driver's medical condition, because the Crittenden County Defendants are entitled to summary judgment as a matter of law, Mr. Driver's motion is dismissed as moot.

### III. Conclusion

The Court adopts the January 28, 2019, Partial Recommended Disposition and the July 31, 2019, Recommended Disposition in their entirety as this Court's findings of fact and conclusions of law (Dkt. Nos. 10, 18). The Court dismisses without prejudice Mr. Driver's claims against the Doe defendant. The Court also grants the Crittenden County Defendants' motion for summary judgment (Dkt. No. 14). Therefore, the Court dismisses without prejudice Mr. Driver's claims against defendants Mike Allen, Ronnie Coleman, and Mandy Childress.

It is so ordered this 24th day of January, 2020.

Kristine G. Baker
United States District Judge