# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEWAYNE MICHAEL DRIVER, ADC #170876**                                       **PLAINTIFF**

**v.**                       **Case No. 3:18-cv-00188-KGB**

**MIKE ALLEN, Sheriff, Crittenden County,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Dewayne Michael Driver's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 24th day of January, 2020.

                                                      Kristine G. Baker
                                                      United States District Judge